JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

DOMINIQUE DANIELS,

        Plaintiff,

    v.

CHARLES R. NICHOLS,
BRIAN GONZALES,
BRIANNA DOTSON,
JOSE FLORES,
MARISOL MENDOZA,
THU HUYNH, and
DOES 1-10, inclusive,

        Defendants.

Case No. 8:25-cv-00022-JWH-JDE

**JUDGMENT**

Pursuant to the "Order Granting Defendants' Motion to Dismiss [ECF No. 46]" entered substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The operative pleading is the First Amended Complaint [ECF No. 41] of Plaintiff Dominique Daniels ("Plaintiff").

3. Defendants Does 1-10 are **DISMISSED**.

4. On or about August 13, 2025, Plaintiff voluntarily **DISMISSED** Defendant Thu Huynh pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

5. Judgment is **ENTERED** in **FAVOR** of Defendants Charles R. Nichols, Brian Gonzales, Brianna Dotson, Jose Flores, and Marisol Mendoza and **AGAINST** Plaintiff on the claims asserted in the First Amended Complaint. Plaintiff shall take nothing by way of her First Amended Complaint.

6. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: ___April 10, 2026___

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-